**No. 46254.**—Protests 957622–G, etc., of Gellman Bros. et al. (St. Paul, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.